**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Zinovy Gumnitsky, et al.,** | ) | **CASE NO. 1:04 CV 1855** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Delta International Machinery Corp.,** | ) | <u>**Judgment Entry**</u> |
| **et al.,** | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant Delta International Machinery Corporation's Motion for Summary (Doc. 15), hereby enters judgment for defendant.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/24/05